**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 76 WAL 2019

                     Respondent   :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

          v.   :

BRYAN HILL,   :

                     Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2019, the Petition for Allowance of Appeal

is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all

remaining issues. The issues, rephrased for clarity, are:

(1)    Whether a double jeopardy challenge to dual convictions and sentences under 75 Pa.C.S. § 3802(a)(1) for a single incident of driving under the influence implicates the legality of the sentence, where a defendant was sentenced to imprisonment and probation on one count, and a sentence of guilt without further penalty on the second count.

(2)    Whether double jeopardy protections under the Fifth Amendment to the United States Constitution prohibit: (1) dual convictions under 75 Pa.C.S. § 3802(a)(1) arising from a single incident of driving under the influence, or (2) the imposition of a sentence of imprisonment on one count of DUI and guilt without further penalty on a second count of DUI.